Submitted on the record January 28, ballot title certified February 14, 2002

David J. HUNNICUTT
and Lawrence B. George,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49142)

39 P3d 863

David J. Hunnicutt, Tigard, argued the cause and filed the petition for himself and petitioner George.

Janet A. Metcalf, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

In this ballot title review proceeding, petitioners challenge various aspects of the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 140 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). *See* ORS 250.085(5) (setting out standard of review).

We have considered petitioners' arguments and conclude that they are not well taken. Accordingly, we certify to the Secretary of State the following ballot title for the proposed measure:

AMENDS CONSTITUTION: PROVIDES QUALIFIED COMPENSATION RIGHT FOR LAND USE REGULATIONS REDUCING PROPERTY VALUE; MODIFIES EXISTING COMPENSATION REQUIREMENTS

RESULT OF "YES" VOTE: "Yes" vote provides qualified compensation right for state, local land use regulations that unfairly, disproportionately reduce property value; repeals any 2000 amendments to compensation requirements.

RESULT OF "NO" VOTE: "No" vote rejects proposal for qualified compensation right for state, local land use regulations that unfairly, disproportionately reduce property value; rejects modifying existing compensation requirements.

SUMMARY: Amends constitution. Provides that state shall compensate persons for state, local land use regulations adopted, significantly modified after claimant acquired land or buildings, if adoption, modification unfairly and disproportionately reduces property value. Lists factors to be considered in determining right to, amount of compensation. Total amount of compensation is limited to amount appropriated for this purpose. Exempts regulations adopted to protect public health, safety, comply with federal law, protect public natural resources, or to address conflicting land uses. Legislature must prepare, refer measure designating new revenue source to pay compensation. Until funding is approved, no compensation may

be claimed, paid. Repeals any amendments to preexisting compensation right adopted at 2000 election. Retains preexisting right to payment of compensation when government takes private property. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(11).